JS-6

1  ROBERT MACKAY (192423)
   robert.mackay@nlrb.gov
2  NEIL WARHEIT (133218)
   WILLIAM M. PATE (45734)
3  National Labor Relations Board
   Region 21
4  888 South Figueroa Street, Ninth Floor
   Los Angeles, CA 90017-5449
5  Telephone: (213) 894-5204
   Facsimile: (213) 894-2778

6  Attorneys for Petitioner

7

8                 UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | JAMES F. SMALL, Regional Director )   Civil No. CV10-7395 GAF FM0x
   | of Region 21 of the National Labor )
12 | Relations Board, for and on behalf of )      ORDER ON
   | the NATIONAL LABOR )
13 | RELATIONS BOARD, )             Stipulation of Dismissal

14          Petitioner, )

15      v. )                        Honorable Gary A. Feess
                                    No Hearing Required
16 | SOUTHERN CALIFORNIA )
   | PERMANENTE MEDICAL GROUP; )
17 | AND KAISER FOUNDATION )
   | HOSPITALS, )

18

19          Respondents. )

20

21

22

23

24

25

26

27

28

                          - 1 -

## I.    Background

1.    On October 4, 2010, Petitioner James F. Small, Regional Director of Region 21 of the National Labor Relations Board (NLRB), for and on behalf of the NLRB, petitioned the Court for a preliminary injunction in this matter under 29 U.S.C. Sec. 160(j), pending final determination of the charge filed with the NLRB by the National Union of Healthcare Workers against Southern California Permanente Medical Group and Kaiser Foundation Hospitals (Respondents).

2.    On December 16, 2010, the Court issued its Order granting the petition for injunction.  The Order is reported at 2010 WL 5509922 (C.D.Cal. 2010).

3.    On March 3, 2011, the NLRB issued its Decision and Order on the unfair labor practice complaint underlying the petition for injunction.  The case is reported as Southern California Permanente Medical Group; and Kaiser Foundation Hospitals, 356 NLRB No. 106 (2011).

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**II.    Discussion**

1.    The issuance of the NLRB's Decision and Order renders the injunction proceeding moot.  <u>Johansen ex rel. NLRB v. Queen Mary Restaurant Corp.</u>, 522 F.2d 6 (9th Cir. 1975).  Accordingly, and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal of this action, without prejudice.  Each party is to bear its own fees and costs.


Respectfully submitted,

Dated: 3/8/11            By: _____
                              Robert MacKay
                              Attorney for Petitioner
                              National Labor Relations Board


Dated: 3/8/11            By: _____
                              Michael Lindsay
                              Attorney for Respondents Southern
                              California Permanente Medical Group; and
                              Kaiser Foundation Hospitals


**IT IS SO ORDERED.**

**DATED:** _____March 10, 2011_____

_____
**UNITED STATES DISTRICT JUDGE**